Supreme Court of the State of New York
Appellate Division: Second Judicial Department

M252229
E/jr

ALAN D. SCHEINKMAN, P.J.
WILLIAM F. MASTRO
REINALDO E. RIVERA
MARK C. DILLON
RUTH C. BALKIN, JJ.

---

2018-00058

DECISION & ORDER ON MOTION

In the Matter of Michael E. Herskowitz,
admitted as Michael Elliot Herskowitz,
an attorney and counselor-at-law.

Grievance Committee for the Second,
Eleventh, and Thirteenth Judicial
Districts, petitioner;
Michael E. Herskowitz, respondent.

(Attorney Registration No. 4276903)

---

The respondent was admitted to the Bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on January 12, 2005, under the name Michael Elliot Herskowitz. By decision and order on motion of this Court dated May 14, 2018, as amended May 16, 2018, the respondent was suspended from the practice of law based on his conviction of a serious crime as defined in Judiciary Law § 90(4)(d). The respondent has moved, inter alia, to vacate his suspension on the ground that his conviction was vacated.

On the Court's own motion, it is

ORDERED that the suspension imposed by the decision and order on motion of this Court dated May 14, 2018, is stayed pending hearing and determination of the respondent's motion, inter alia, to vacate the suspension.

SCHEINKMAN, P.J., MASTRO, RIVERA, DILLON and BALKIN, JJ., concur.

ENTER:

Aprilanne Agostino
Clerk of the Court

July 12, 2018

MATTER OF HERSKOWITZ, MICHAEL E.